*Monday, August 30, 1999*

## MOTION DOCKET

**98–1779. State v. Conyers.**
Lucas App. No. L–97–1327. By *sua sponte* orders this court consolidated Supreme Court case Nos. 97–1779, *State v. Conyers;* 98–1929, *State v. Schultz;* and 98–2044, *State v. Snowder.* These cases have been set for oral argument on September 14, 1999.

IT IS ORDERED by the court, *sua sponte,* that time for oral argument shall be extended to twenty minutes per side.

IT IS FURTHER ORDERED by the court, *sua sponte,* that counsel for the state of Ohio in the above-named cases shall argue first and shall divide the time allocated for argument by agreement. Counsel for the opposing parties in these cases shall divide the time allocated for argument by agreement.

**98–1929. State v. Schultz.**
Hamilton App. No. C–970954. By *sua sponte* orders this court consolidated Supreme Court case Nos. 97–1779, *State v. Conyers;* 98–1929, *State v. Schultz;* and 98–2044, *State v. Snowder.* These cases have been set for oral argument on September 14, 1999.

IT IS ORDERED by the court, *sua sponte,* that time for oral argument shall be extended to twenty minutes per side.

IT IS FURTHER ORDERED by the court, *sua sponte,* that counsel for the state of Ohio in the above-named cases shall argue first and shall divide the time allocated for argument by agreement. Counsel for the opposing parties in these cases shall divide the time allocated for argument by agreement.

**98–2044. State v. Snowder.**
Licking App. No. 98CA22. By *sua sponte* orders this court consolidated Supreme Court cases Nos. 97–1779, *State v. Conyers;* 98–1929, *State v. Schultz;* and 98–2044, *State v. Snowder.* These cases have been set for oral argument on September 14, 1999.

IT IS ORDERED by the court, *sua sponte,* that time for oral argument shall be extended to twenty minutes per side.

IT IS FURTHER ORDERED by the court, *sua sponte,* that counsel for the state of Ohio in the above-named cases shall argue first and shall divide the time allocated for argument by agreement. Counsel for the opposing parties in these cases shall divide the time allocated for argument by agreement.

## DISCIPLINARY DOCKET

**DD 85–4. Disciplinary Counsel v. Connor.**
On June 12, 1985, this court publicly reprimanded respondent, John A. Connor II, pursuant to Gov.Bar R. V, former Section 6(d) (now 6[B][5]). It now appearing to the court that copies of documents attached to the Agreed Stipulations of Fact, which were made part of the record that was filed by the Board of Commissioners on Grievances and Discipline with the Supreme Court in this matter, have been sealed by the Franklin County Court of Common Pleas in case No. 84CR–03–591,

IT IS HEREBY ORDERED by this court, *sua sponte,* that the copies of all documents attached to the Agreed Stipulations of Fact be, and hereby are, sealed.

Douglas, J., not participating.

## MISCELLANEOUS DISMISSALS